IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Gregory Byers, father of N.B., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Marlboro County School District, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 4:10-1367-TLW-SVH |

# ORDER

Gregory Byers, father of N.B., ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on December 29, 2009. (Doc. # 1).

This matter now comes before this Court for review of the Amended Report and Recommendations ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the complaint be dismissed without prejudice and without issuance of service of process. (Doc. # 14). The plaintiff filed objections to the report. (Doc. # 16). In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the objections. The Court carefully reviewed the decisions cited in the Report. The Court concludes the standards set forth in Goss v. Lopez, 419 U.S. 565 (1975) and the other cited decisions were met in this case. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Docs. # 14). Therefore, for the reasons articulated by the Magistrate Judge, the Complaint is **DISMISSED** without prejudice and without issuance and service of process. The First Report and Recommendation is deemed **MOOT**. (Doc. # 10).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

March 21, 2011
Florence, South Carolina

2